**Paul H. NOE, Plaintiff—Appellant,**

v.

**SOCIAL SECURITY ADMINISTRATION, Director; Warden, Federal Correctional Institution at Butner; Bureau of Prisons, Director, Defendants—Appellees.**

No. 07–6425.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 18, 2007.

Decided: Oct. 24, 2007.

Paul H. Noe, Appellant pro se.

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul H. Noe appeals the district court's orders denying relief on his complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics,* 403 U.S. 388, 91 S.Ct. 1999, 29 L.Ed.2d 619 (1971), and denying his motion for reconsideration. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Noe v. Director of Social Security Admin.,* No. 5:06–ct–03072–BO (E.D.N.C. Mar. 19, 2007; Apr. 26, 2007). We deny Noe's motion for class certification and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*